ANDREW LAWSON, Respondent, v. JAMES McGEE, Appellant.

No. 1005; February 18, 1856.

Appeal.—A Verdict Made upon Conflicting Testimony is not to be disturbed.

New Trial—Newly Discovered Evidence—Hearsay.—A new trial should not be awarded on the ground of newly discovered evidence which is only hearsay.

APPEAL from Superior Court, San Francisco County.

Baldwin & Bowman for respondent; H. B. Jones for appellant.

HEYDENFELDT, J.—Where the evidence is conflicting or susceptible of two constructions, we have always refused to disturb the verdict or finding. The newly discovered evidence relied on for a new trial was only hearsay, and therefore properly disregarded.

Judgment affirmed.

I concur: Murray, C. J.